# EXHIBIT 3

## BINDING LETTER OF INTENT

## EXTENSION AND AMENDMENT

THIS BINDING LETTER OF INTENT EXTENSION AND AMENDMENT is made and entered into as of October 23rd 2009 ("Effective Date"), by and between PURDUE RESEARCH FOUNDATION, a statutory body corporate formed and existing under the Indiana Foundation or Holding Companies Act of 1921 (hereinafter referred to as "PRF"), and Comentis, Inc., a Delaware corporation (hereinafter referred to as "COMPANY") collectively referred to hereinafter as the "Parties."

WHEREAS, the Parties wish to enter into a Pyrollidine License Agreement, as defined below;

WHEREAS, the Parties have entered into a Binding Letter of Intent (the "LOI"), pursuant to which the Parties agreed to make all reasonable efforts to execute no later than October 25th, 2009, a license agreement which contains the material financial and economic terms set forth in, and is in a form substantially similar to, the draft pyrollidine license agreement attached to the LOI as Exhibit A (the "Pyrollidine License Agreement")

WHEREAS, the Parties wish to extend the date for execution of the Pyrollidine License Agreement to November 6th, 2009;

NOW, THEREFORE, for and in consideration of the mutual covenants and the premises herein contained, the Parties, intending to be legally bound, hereby agree as follows.

## AGREEMENT

The first paragraph of the LOI shall be amended as follows:

The Parties agree to make all reasonable efforts to execute no later than November 6th, 2009, a license agreement which contains the material financial and economic terms set forth in, and is in a form substantially similar to, the draft pyrollidine license agreement attached hereto as Exhibit A (the "Pyrollidine License Agreement")

Each party has executed this Agreement by signature of its duly authorized signatory to take effect as of the Effective Date:

PURDUE RESEARCH FOUNDATION

*[signature]*

Karen White

Acting Director

Office of Technology Commercialization

10/22/09

Date


COMENTIS, INC.

*[signature]*

Signature

W. Sutt Harkonen

Printed Name

President or CEO

Title

10/23/09