# EXHIBIT 6

**From:** Dan Hunt
**Sent:** Wednesday, November 04, 2009 10:53 AM
**To:** 'mjmcfarland@prf.org'
**Cc:** Dan Hunt
**Subject:** LOI Extension Amendment 2.docx

Matt, I hope you are well.  I have prepared an LOI extension which extends the date for execution to November 20th 2009.    If it is acceptable to you, please sign and return.

Hope all is well – are there any updates on your end?  Per my earlier email, do let me know if there are any action items or revisions to the agreements we should address.

Thanks
Dan

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone (650-869-7600) or delete this message immediately. Thank you.

BINDING LETTER OF INTENT

EXTENSION AND AMENDMENT

THIS BINDING LETTER OF INTENT EXTENSION AND AMENDMENT is made and entered into as of  November 5th 2009 ("Effective Date"), by and between PURDUE RESEARCH FOUNDATION, a statutory body corporate formed and existing under the Indiana Foundation or Holding Companies Act of 1921 (hereinafter referred to as "PRF"), and Comentis, Inc., a Delaware corporation (hereinafter referred to as "COMPANY") collectively referred to hereinafter as the "Parties."

WHEREAS, the Parties wish to enter into a Pyrollidine License Agreement, as defined below;

WHEREAS, the Parties have entered into a Binding Letter of Intent (the "LOI"), pursuant to which the Parties agreed to make all reasonable efforts to execute no later than October 25th, 2009, a license agreement which contains the material financial and economic terms set forth in, and is in a form substantially similar to, the draft pyrollidine license agreement attached to the LOI as Exhibit A (the "Pyrollidine License Agreement")

WHEREAS, the Parties have entered into a Binding Letter of Intent Extension and Amendment pursuant to which the Parties agreed to extend the execution date of the LOI to November 6th, 2009;

WHEREAS, the Parties wish to further extend the date for execution of the Pyrollidine License Agreement to November 20th, 2009;

NOW, THEREFORE, for and in consideration of the mutual covenants and the premises herein contained, the Parties, intending to be legally bound, hereby agree as follows.

AGREEMENT

The first paragraph of the LOI shall be amended as follows:

The Parties agree to make all reasonable efforts to execute no later than November 20th, 2009, a license agreement which contains the material financial and economic terms set forth in, and is in a form substantially similar to, the draft pyrollidine license agreement attached hereto as Exhibit A (the "Pyrollidine License Agreement")

Each party has executed this Agreement by signature of its duly authorized signatory to take effect as of the Effective Date:

PURDUE RESEARCH FOUNDATION

_____

Karen White

Acting Director

Office of Technology Commercialization

_____

Date


COMENTIS, INC.

_____

Signature

_____

Printed Name

_____

Title