# EXHIBIT 7

**From:** Dan Hunt
**Sent:** Thursday, November 05, 2009 4:57 PM
**To:** Dan Hunt; 'mjmcfarland@prf.org'
**Subject:** RE: LOI Extension Amendment 2.docx

Matt  As I mentioned in my voice mails and recent emails, I have not received a response to my many communications to Purdue trying to move things forward.  I hope all is well on your end.

Per my recent communications,  tomorrow we must either sign the pyrollidine license or sign the LOI extension.

Thanks
Dan

**From:** Dan Hunt
**Sent:** Wednesday, November 04, 2009 10:53 AM
**To:** 'mjmcfarland@prf.org'
**Cc:** Dan Hunt
**Subject:** LOI Extension Amendment 2.docx

Matt, I hope you are well.  I have prepared an LOI extension which extends the date for execution to November 20th 2009.    If it is acceptable to you, please sign and return.
Hope all is well – are there any updates on your end?  Per my earlier email, do let me know if there are any action items or revisions to the agreements we should address.

Thanks
Dan

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone (650-869-7600) or delete this message immediately. Thank you.