# EXHIBIT 8

```
-----Original Message-----
From: Dan Hunt
Sent: Friday, November 06, 2009 7:46 AM
To: 'mjmcfarland@prf.org'
Cc: 'kfwhite@prf.org'
Subject: Re: LOI Extension Amendment 2.docx

Matt, I do not understand your email and your statement you are "not inclined" to extend
the LOI. We need to speak as soon as possible. I guess I now understand the complete
silence and nonresponsiveness on your end over the last three weeks as I have repeatedly
contacted Purdue to move forward with completing the pyrrolidine and other agreements.

I will be calling you around 830 or 9am my time.

----- Original Message -----
From: McFarland, Matthew J <mjmcfarland@prf.org>
To: Dan Hunt
Cc: White, Karen F. <kfwhite@prf.org>
Sent: Fri Nov 06 06:15:21 2009
Subject: RE: LOI Extension Amendment 2.docx

Hi Dan,

On our end,  I believe when I last talked to Mary, she was waiting to receive the full,
Comentis-approved, research proposal/budget from Dr. Ghosh.  From greater Purdue
perspective this really is what needs to happen before we move forward with the other
documents.

As for the LOI, we are not inclined to extend the document.  Unfortunately, I am not
available today but I will be happy to discuss our next steps with you on Monday of next
week.  My schedule, as opposed to the last few days, is fairly open on that day.

Best,
Matt
_____
From: Dan Hunt [dhunt@comentis.com]
Sent: Thursday, November 05, 2009 7:56 PM
To: Dan Hunt; McFarland, Matthew J
Subject: RE: LOI Extension Amendment 2.docx

Matt  As I mentioned in my voice mails and recent emails, I have not received a response
to my many communications to Purdue trying to move things forward.  I hope all is well on
your end.

Per my recent communications,  tomorrow we must either sign the pyrollidine license or
sign the LOI extension.

Thanks
Dan

From: Dan Hunt
Sent: Wednesday, November 04, 2009 10:53 AM
To: 'mjmcfarland@prf.org'
Cc: Dan Hunt
```

1

Subject: LOI Extension Amendment 2.docx

Matt, I hope you are well.  I have prepared an LOI extension which extends the date for execution to November 20th 2009.    If it is acceptable to you, please sign and return.  Hope all is well – are there any updates on your end?  Per my earlier email, do let me know if there are any action items or revisions to the agreements we should address.

Thanks
Dan


This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone (650-869-7600) or delete this message immediately. Thank you.

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone
(650-869-7600) or delete this message immediately. Thank you.