AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | | |
|---|---|---|
| COMENTIS, INC., | ) | |
| *Plaintiff* | ) ) | |
| v. | ) ) | Civil Action No. 4:09 CV 0082 PPS |
| PURDUE RESEARCH FOUNDATION, and ARUN K. GOSH | ) ) ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Arun K. Gosh
    3345 Morgan Street
    West Lafayette, IN 47906

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    James W. Riley, Jr.
    Riley Bennett & Egloff, LLP
    141 E. Washington Street, Suite 400
    Indianapolis, IN 46204

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                             CLERK OF COURT

Date: June 10, 2010                                          */s/ Cannie Freeman*
                                                                                  *Signature of Clerk or Deputy Clerk*



TOTAL P.03

| Attorney or Party without Attorney:<br>JAMES W. RILEY, JR.<br>RILEY BENNETT & EGLOFF, LLP<br>141 EAST WASHINGTON STREET<br>FOURTH FLOOR<br>INDIANAPOLIS, IN 46204<br>Telephone No: 317-636-8000    FAX No: 317-636-8027 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.:<br>COMENTIS v. PURDUE | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of Indiana | | | | |
| Plaintiff: COMENTIS, INC.<br>Defendant: PURDUE RESEARCH FOUNDATION, et al. | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>4:09 CV 0082 PPS |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL.

3. a. Party served:    ARUN K. GOSH

4. Address where the party was served:    PURDUE UNIVERSITY
   560 OVAL DRIVE
   WTHR 273C
   WEST LAFAYETTE, IN 47907

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jun. 16, 2010 (2) at: 9:50AM

7. Person Who Served Papers:    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JERRY MARR
   d. The Fee for Service was:
   e. I am: Not a Registered California Process Server

   First Legal
   1511 West Beverly Blvd.
   Los Angeles, CA 90026
   Telephone    (213) 250-9111
   Fax    (213) 250-1197
   www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Jun. 17, 2010

   Judicial Council Form
   Rule 2.150.(a)&(b) Rev January 1, 2007    PROOF OF SERVICE
   SUMMONS    (JERRY MARR)    8033980.rilbe.297218